# Court of Appeals
# of the State of Georgia

ATLANTA,__October 09, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14A2072. HURT-WHITMIRE v. THE STATE.

This appeal was docketed on July 11, 2014. As set forth in Court of Appeals Rules 22 (a) and 23 (a), the appellant's brief, which shall contain an enumeration of errors, shall be filed within 20 days of the date of docketing of the appeal. Therefore, appellant's brief and enumeration of errors were due no later than July 31, 2014. Appellant requested an extension of time in which to file the brief and enumeration of errors, and this Court issued an order granting said request and extended the brief's filing date to August 20, 2014.

As of the date of this order, appellant has failed to file her brief and enumeration of errors. Accordingly, this appeal is hereby DISMISSED. See Court of Appeals Rules 13 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 10/09/2014 _____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*